| | |
|---|---|
| HULETT HARPER STEWART LLP<br>KIRK B. HULETT, SBN: 110726<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 338-1133<br>Facsimile: (619) 338-1139<br><br>Plaintiffs' Liaison Counsel<br><br>SCHIFFRIN & BARROWAY, LLP<br>KATHARINE M. RYAN<br>KAY E. SICKLES<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>Plaintiffs' Co-Lead Counsel | FILED<br>06 SEP 25 PM 3:08<br><br>DEPUTY<br><br>LABATON SUCHAROW<br>& RUDOFF LLP<br>IRA A. SCHOCHET<br>LOUIS GOTTLIEB<br>NICOLE M. ZEISS<br>100 Park Avenue<br>New York, NY 10017<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br><br>Plaintiffs' Co-Lead Counsel |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MAXIM PHARMACEUTICALS, INC. SECURITIES LITIGATION<br><br>This Document Relates to: ALL ACTIONS | CASE NO. 04 CV 1900 DMS (BLM)<br><br>**ORDER AWARDING FEES AND EXPENSES** |

## ORDER AWARDING FEES AND EXPENSES

THIS MATTER having come before the Court on September 22, 2006, on (i) the application for approval of the proposed Plan of Allocation and (ii) the application of Co-Lead for an award of attorneys' fees and reimbursement of expenses incurred in the Action, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement (the "Stipulation"), dated as of June 22, 2006. This Court has jurisdiction over the subject matter of these applications and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

2. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

3. After considering the papers filed in support of the application for attorneys' fees and reimbursement of expenses, the Court awards Co-Lead Counsel reimbursement of expenses in the aggregate amount of $ 50,000. The Court also awards Co-Lead Counsel attorneys' fees in the total amount of $ 300,000, in equal parts cash and stock. Co-Lead Counsel shall also receive the payment of interest earned on both the cash portion of the fee award and the expense award for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated by Co-Lead Counsel in a manner which, in their good-faith

1  judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the
2  Action.  The Court finds that the amount of fees awarded is fair and reasonable under both the
3  "percentage-of-recovery" method and in utilizing lodestar/multiplier method as a cross-check on the
4  reasonableness of the fee award.  The awarded attorneys' fees and expenses, and interest earned
5  thereon, shall be paid to Co-Lead Counsel from the Gross Settlement Fund in accordance with the
6  terms, conditions and obligations of the Stipulation, which terms, conditions, and obligations are
7  incorporated herein.

**IT IS SO ORDERED**

Dated: ___9-22___, 2006

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE